IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **BEYENE TEWODROS DANIEL,** )<br> )<br>Petitioner,  )<br> )<br>v.  )<br> )<br>**LEONARD ODDO,** *in his official capacity*  )<br>*as Warden of Moshannon Valley*  )<br>*Processing Center*, *et al.*,  )<br> )<br>Respondents.  ) | Case No. 3:25-cv-98<br><br>**JUDGE STEPHANIE L. HAINES**<br>**Magistrate Judge Christopher B. Brown** |

# ORDER

Pursuant to Federal Rule of Civil Procedure 65, "[t]he court may issue a temporary restraining order without written or oral notice to the adverse party or its attorney only if: (A) specific facts in an affidavit or a verified complaint clearly show that immediate and irreparable injury, loss, or damage will result to the movant *before the adverse party can be heard in opposition*; and (B) the movant's attorney certifies in writing any efforts made to give notice and the reasons why it should not be required." Fed. R. Civ. P. 65(b)(1) (emphasis added). Because Petitioner Beyene Tewodros Daniel ("Petitioner") has failed to show that any injury, loss, or damage will occur before Respondents can be heard in opposition, **IT IS HEREBY ORDERED** that Petitioner's Motion for a Temporary Restraining Order and/or Preliminary Injunction and/or Motion to Show Cause (ECF No. 16) is **DENIED** insofar that it seeks relief via a temporary restraining order.

The Court will consider the Motion's request for a preliminary injunction after appropriate briefing and, if necessary, a hearing. Therefore, **IT IS FURTHER ORDERED** that the

2

Government will file a response to the Motion by May 30, 2025. Petitioner may file a reply in support of the Motion by June 13, 2025.


DATED: MAY 23, 2025                       BY THE COURT

                                          /s/ Stephanie L. Haines
                                          _____
                                          **STEPHANIE L. HAINES**
                                          **UNITED STATES DISTRICT JUDGE**

2